UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JEREMIAH WOMACK** | **CASE NO. 3:20-CV-00076** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **A B C INSURANCE CO., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED ADJUDGED AND DECREED** that defendant, Anglers Outpost & Marine's motion to dismiss for lack of personal jurisdiction [Doc. No. 11] is **GRANTED**, and that plaintiff's claims against said defendant are hereby **DISMISSED, WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 12th day of June, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE